# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| **RONNIE MARTINEZ,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | **CAUSE NO. EP-24-CV-281-KC** |
| § | |
| **BRATISLAV M. VELIMIROVIC,** § | |
| § | |
| Defendant. § | |

## ORDER

On this day, the Court considered the parties' Joint Stipulation of Dismissal of Claims ("Stipulation"), ECF No. 11. In accordance with Rule 41(a) of the Federal Rules of Civil Procedure and the terms of the parties' Proposed Order, the Court **ORDERS** that all claims in this case are **DISMISSED** with prejudice.

**IT IS FURTHER ORDERED** that all parties shall pay their own costs.

The Clerk shall close the case.

**SO ORDERED**.

**SIGNED this 21st day of November, 2024.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE